# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAELA O. KARLE,<br><br>    Plaintiff,<br><br>    -v-<br><br>CAPITAL ONE, DISCOVER FINANCIAL SERVICES, FIRST USA UNITED SECURITY BANK, CHASE, PROGRESSIVE DIRECT INSURANCE COMPANY,<br><br>    Defendants. | Civil Action No. 1:14-cv-30062-LTS |

## NOTICE OF WITHDRAWAL

Please withdraw the appearance of Francis J. Bingham as co-counsel of record to the Defendant Capital One Bank (USA), N.A.

Respectfully submitted,

/s/ Francis J. Bingham
Francis J. Bingham (BBO# 682502)
*fbingham@hrwlawyers.com*
HIRSCH ROBERTS WEINSTEIN LLP
24 Federal Street, 12th Floor
Boston, MA 02111
Phone: (617) 348-4300

## CERTIFICATE OF SERVICE

I certify that on this 27th day of July, 2015, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants.

/s/ Francis J. Bingham
Francis J. Bingham (BBO# 682502)